# EXHIBIT 1

# Promissory Note

$500,329.24

January 1, 2005
Reno, Nevada

James A. Alexander ("Alexander"), an individual, hereby promises to pay the order of Double H Ventures, Inc., a Delaware corporation, ("Holder") on or before January 1, 2006, the principal sum of Five Hundred Thousand Three Hundred Twenty-nine and 24/100 Dollars, together with interest thereon at the rate of ten percent (10%) per annum until paid in full. Interest shall be payable in lawful money of the United States of America monthly at the principal office of the Holder in Las Vegas, Nevada or such other address as the Holder may hereafter designate in writing to Alexander. All payments made on the Note shall be applied first to the reduction of any and all accrued and unpaid interest outstanding and thereafter to the reduction of principal outstanding hereunder. Interest which is not paid when due shall thereafter bear interest like as to principal, compounded annually.

Alexander may prepay this Note at any time without premium or penalty.

If this Note is not paid when due, Alexander promises to pay Holder any and all costs of collection, including reasonable attorneys' fees, incurred in connection with recovery of amounts due hereunder whether or not suit is brought.

This Note shall be governed by and construed in accordance with the laws of the State of Nevada, without reference to its conflicts of law rules, and Alexander hereby consents to the jurisdiction of the state and federal courts of the State of Nevada in connection with any action brought under or in connection with this Note.

If any provision of this Note should be found to be invalid or unenforceable in any respect, all other provisions hereof shall nevertheless remain in full force and effect to the maximum extent permitted by law.

_James A. Alexander_