# EXHIBIT 2

1880
Matthew B. Hippler, Esq.
Nevada State Bar No. 7015
mhippler@hollandhart.com
Ethan J. Birnberg, Esq.
Nevada State Bar No. 10518
ebirnberg@hollandhart.com
Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: 775-327-3000
Facsimile: 775-786-6179
*Attorneys for Plaintiff*

FILED
APR 21 2009

IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR WASHOE COUNTY

DOUBLE H VENTURES, INC., a foreign corporation qualified to do business in Nevada,

    Plaintiff,

vs.

JAMES A. ALEXANDER, an individual; and DOES I through X, inclusive,

    Defendants.
_____/

Case No.    CV08-03286

Dept. No.    6

## JUDGMENT

The Court, having entered an Order Granting Plaintiff's Motion for Summary Judgment and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment is hereby entered in favor of Plaintiff, Double H Ventures, Inc. ("Double H") and against Defendant, James A. Alexander as follows:

1. For the amount of Seven Hundred Forty-Seven Thousand Six Hundred Seventy-Three and 73/100s ($747,673.73), which includes interest through March 31, 2009.

2. For fees in the amount of $6,539.00 for attorney services performed by this firm and $284.45 in costs.

///

3. This Judgment shall bear interest at the rate of 10% interest per annum until paid.

DATED this 20 day of April, 2009.

Brent Adams
**DISTRICT COURT JUDGE**

Submitted by:

*[signature]*

Matthew B. Hippler, Esq.
Ethan J. Birnberg, Esq.
Holland & Hart, LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000
Facsimile: (775) 786-6179
mhippler@hollandhart.com
*Attorneys for Plaintiff*