# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−1 | User: kandersen | Date Created: 7/21/2009 |
| Case: 09−11096 | Form ID: CAODSC7 | Total: 14 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the U.S. Trustee / SR | USTPRegion17.SF.ECF@usdoj.gov |
| tr | Timothy W. Hoffman | twh1761@sbcglobal.net |
| aty | David N. Chandler | DChandler1747@yahoo.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | James Albert Alexander | 1600 Main St. | Napa, CA 94559 | |
| smg | Franchise Tax Board | Bankruptcy Group | P.O. Box 2952 | Sacramento, CA 95812−2952 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280−0001 |
| 9912447 | Capital One | PO Box 85617 | Richmond, VA 23285−5617 | |
| 9912448 | Chase Card | PO Box 15123 | Wilmington, DE 19850−5123 | |
| 9912449 | Double H Ventures | c/o Hobart MK Birmingham | 2370 Watson Ct., Ste. 120 | Palo Alto, CA 94303 |
| 9912450 | Double H Ventures, Inc. | c/o Hobart MK Birmingham | 70 27th Ave. | San Francisco, CA 94121−1026 |
| 9912451 | HSBC Credit Card | PO Box 60136 | City of Industry, CA 91716−0136 | |
| 9912452 | Matthew B. Hippler | Holland &Hart, LLP | 5441 Kietzke Ln., 2nd Fl. | Reno, NV 89511 |
| 9912453 | Monterey Credit Union | Franklin &Figueroa Sts | Monterey, CA 93942 | |
| 9912454 | Perry, Johnson, Anderson et al (Law Firm | PO Box 1028 | Santa Rosa, CA 95402 | |

TOTAL: 11